## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
## Eastern Division

Mario Vasquez
                              Plaintiff,

v.                                                     Case No.: 1:09−cv−04529
                                                    Honorable James F. Holderman

Joe Dortha Parker, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 5, 2010:

      MINUTE entry before Honorable Sidney I. Schenkier:Motion hearing held on defendant's motion for protective order [41]. By 5/5/2010, the parties shall submit proposed amendments to the existing protective order with respect to the treatment of complaint register ("CR") files, in light of the Court's comments on the record. By 5/5/2010, the parties shall submit a joint statement as to whether or not there is good cause that any CR files that have been produced shall remain confidential in whole or in part, and for those CR files where there is a dispute, the parties' respective positions concerning the appropriate treatment of those files. Mailed notice(wyh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.