# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Mario Vasquez

                Plaintiff,

v.                                               Case No.: 1:09–cv–04529
                                                   Honorable James F. Holderman

Joe Dortha Parker, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 12, 2010:

      MINUTE entry before Honorable Sidney I. Schenkier:ENTER REVISED QUALIFIED HIPAA AND CONFIDENTIAL MATTER PROTECTIVE ORDER (attached). The Court finds good cause that the following complaint register files shall be deemed confidential under the protective order: CR Nos. 301982, 304842, 312812, 315673, 1008295, 1008761, 1017270, and 1016617. Mailed notice(wyh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.